This is to advise that on August 11, 2011

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Op. 11-104

In action

Ct. No. 09-00531

Nucor Fastener Division,
(Plaintiff,)

v.

United States,
(Defendant)

and

XL Screw Corporation, et al.,
(Defendant - Intervenors.)